No. 1076. PHOENIX FINANCE CORP. *v.* IOWA-WISCONSIN BRIDGE Co.; and

No. 1077. IOWA-WISCONSIN BRIDGE Co. *v.* PHOENIX FINANCE CORP. May 13, 1946. Petitions for writs of

certiorari to the Supreme Court of Iowa denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *James R. Morford* for Phoenix Finance Corp. *Fred J. Ontjes* and *Wm. C. Green* for Iowa-Wisconsin Bridge Co.